# Court of Appeals
# of the State of Georgia

ATLANTA, _December 19, 2013_

*The Court of Appeals hereby passes the following order:*

**A14A0567. BLAIR GIBSON KING et al. v. MARY MARGARET OLIVER AS ADMINISTRATOR OF THE ESTATE OF EULA MAE GIBSON.**

After a trial, the trial court entered an order setting aside quitclaim deeds transferring real property owned by Eula Mae Gibson to defendants Blair Gibson King and Leon Gibson, on the ground that Eula Mae Gibson was incapacitated when the deeds were executed. The defendants then filed this appeal.

Jurisdiction over this appeal appears to lie in the Supreme Court, which has general appellate jurisdiction over "[c]ases involving title to land" and "[a]ll equity cases." See Ga. Const. of 1983, Art. IV, Sec. VI, Par. III (1) and (2). This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* _12/19/2013_
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*